IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCGINNIS,<br><br>    Plaintiff,<br><br>    v.<br><br>B. ATKINSON,<br><br>    Defendant. | Case No. 1:11-cv-01337 LJO JLT (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR DEPOSITIONS TAKEN VIA VIDEO CONFERENCE<br><br>(Doc. 19) |

On January 13, 2012, Defendants requested, pursuant to Federal Rule of Civil Procedure 30(b)(4), to be allowed to conduct the deposition of Plaintiff and other witnesses via video conference. Defendants explain that Plaintiff is housed approximately 250 miles away from their location.

Good cause appearing, Defendants' January 13, 2012, request to take depositions via video conferencing (Doc. 19) is **GRANTED**. However, nothing in this order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video conferencing equipment if it is not already available.

IT IS SO ORDERED.

Dated: **January 18, 2012**                    /s/ **Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE