IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCGINNIS,<br><br>    Plaintiff,<br><br>vs.<br><br>B. ATKINSON,<br><br>    Defendant.<br>_____/ | Case No. 1:11-cv-01337 LJO JLT (PC)<br><br>**ORDER REQUESTING CONFIDENTIAL STATEMENTS RE: CASE SELECTION FOR PRISONER SETTLEMENT PROGRAM**<br><br>**FIFTEEN-DAY DEADLINE** |

    Plaintiff Raymond McGinnis ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    The parties to this action shall each, no later than fifteen (15) days from the date of the order, submit confidential statements as described below. The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email or personal delivery to the court's Alternative Dispute Resolution (ADR) division at the address, fax number or email address below and marked "Confidential."

    ADR Division, Attention: Sujean Park
    US District Court
    501 I Street, Suite 4-200
    Sacramento, CA 95814
    Fax: (916) 491-3912
    email: spark@caed.uscourts.gov

Such statements shall be limited to five (5) pages and shall include the following:

1) the party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

2) the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

3) any additional information the court may find useful in determining whether to set this matter for a settlement conference.

Should the Court determine this action to be appropriate for referral to the Prisoner Settlement Program, the Court will set this matter for settlement conference before a magistrate judge or district judge.

IT IS SO ORDERED.

Dated:   **March 7, 2012**                                                       /s/ Jennifer L. Thurston
                                                                                         UNITED STATES MAGISTRATE JUDGE