IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. MCGINNIS, | 1:11-cv-01337-LJO-JLT (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES |
| v. | (Doc. 26) |
| B. ATKINSON, | |
| Defendants. | |
| _____ / | |

On March 12, 2012, Plaintiff filed a motion to compel Responses to Interrogatories he propounded on Defendant on January 16, 2012. (Doc. 26). Defendant objected to Plaintiff's motion as moot and attached a copy of the responses served on Plaintiff. (Doc. 27).

Because Plaintiff sent his discovery requests to Defendant on January 16, 2012, Defendant had 45 days to respond, as set forth in the Scheduling Order. (Doc. 16). Based upon the responses Defendant attached to his Opposition, it appears Plaintiff was served with responses to his discovery requests on February 29, 2012. (Doc. 27-2). Given that Defendant had until March 1, 2012 to serve his responses and Defendant did so on February 29, 2012 at Plaintiff's current address, the Court finds Defendant's response was timely. (Doc. 16, 27-2).

///

///

///

1   Accordingly, it is **HEREBY ORDERED** that Plaintiff's March 12, 2012 Motion to Compel
2 Discovery is **DENIED**.

4 IT IS SO ORDERED.

5 Dated:   **March 20, 2012**                                              /s/ Jennifer L. Thurston
                                                                   UNITED STATES MAGISTRATE JUDGE