1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND A. MCGINNIS,                    1:11-cv-01337-LJO-JLT (PC)

12          Plaintiff,                       ORDER DENYING PLAINTIFF'S MOTION
                                             TO COMPEL DISCOVERY RESPONSES
13       v.
                                             (Doc. 26)
14   B. ATKINSON,

15          Defendants.

16   _____/

17          On March 12, 2012, Plaintiff filed a motion to compel Responses to Interrogatories he

18   propounded on Defendant on January 16, 2012. (Doc. 26).  Defendant objected to Plaintiff's motion

19   as moot and attached a copy of the responses served on Plaintiff.  (Doc. 27).

20          Because Plaintiff sent his discovery requests to Defendant on January 16, 2012, Defendant

21   had 45 days to respond, as set forth in the Scheduling Order.  (Doc. 16).  Based upon the responses

22   Defendant attached to his Opposition, it appears Plaintiff was served with responses to his discovery

23   requests on February 29, 2012. (Doc. 27-2).  Given that Defendant had until March 1, 2012 to serve

24   his responses and Defendant did so on February 29, 2012 at Plaintiff's current address, the Court

25   finds Defendant's response was timely.  (Doc. 16, 27-2).

26   ///

27   ///

28   ///

1    Accordingly, it is **HEREBY ORDERED** that Plaintiff's March 12, 2012 Motion to Compel

2  Discovery is **DENIED**.

3

4  IT IS SO ORDERED.

5  Dated:   **March 20, 2012**                                      **/s/ Jennifer L. Thurston**
                                                                   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28