IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. MCGINNIS, | 1:11-cv-01337-LJO-JLT (PC) |
| Plaintiff, | ORDER RE SETTLEMENT CONFERENCE |
| vs. | |
| B. ATKINSON, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On March 8, 2012, the Court issued an order requesting confidential statements regarding case selection for the Court's prisoner settlement program. The Court has received confidential statements from both parties. The Court and parties agree that this case would benefit from inclusion in the prisoner settlement program.

Therefore, the Court will set a settlement conference in this case. If available, the Court may order that plaintiff participate in the settlement conference by way of video-conferencing. However, before the Court can select a date for the conference, pursuant to Local Rule 270(b), the parties SHALL inform the Court in writing as to whether they wish to proceed with the settlement conference before Magistrate Judge Thurston or if they wish to have a Magistrate

Judge, who is not regularly assigned to this matter, to conduct the settlement conference.

Accordingly, IT IS HEREBY ORDERED that:

1. **Within 15 days** of the date of this order, each party **SHALL return the attached form** to inform the court in writing as to whether they wish to proceed with the settlement conference before Magistrate Judge Thurston or if they wish to have a randomly assigned Magistrate Judge to conduct the settlement conference.

IT IS SO ORDERED.

Dated:   **March 27, 2012**                                      **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND MCGINNIS, | 1:11-cv-01337-LJO-JLT (PC) |
| Plaintiff, | WAIVER OF DISQUALIFICATION |
| vs. | |
| B. ATKINSON, | |
| Defendant. | |

Under Local Rule 270(b) of the Eastern District of California, the parties to the herein action affirmatively request that Magistrate Judge Jennifer L. Thurston preside over a settlement conference in this case. To the extent the parties consent to trial of the case in the future before the assigned Magistrate Judge, they waive any claim of disqualification to the assigned Magistrate Judge trying the case thereafter.

_____I request Magistrate Judge Thurston conduct the settlement conference

_____I request a randomly selected Magistrate Judge conduct the settlement conference

Dated:_____           _____
                                                                  Signature