1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RAYMOND A. MCGINNIS,                1:11-cv-01337-LJO-JLT (PC)

12           Plaintiff,                  ORDER RE SETTLEMENT CONFERENCE

13       vs.

14   B. ATKINSON,

15           Defendant.

16   _____/

17       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  On March 8, 2012, the Court issued an order requesting confidential

19   statements regarding case selection for the Court's prisoner settlement program.  The Court has

20   received confidential statements from both parties.  The Court and parties agree that this case

21   would benefit from inclusion in the prisoner settlement program.

22       Therefore, the Court will set a settlement conference in this case.  If available, the Court

23   may order that plaintiff participate in the settlement conference by way of video-conferencing.

24   However, before the Court can select a date for the conference, pursuant to Local Rule 270(b),

25   the parties SHALL inform the Court in writing as to whether they wish to proceed with the

26   settlement conference before Magistrate Judge Thurston or if they wish to have a Magistrate

1

1    Judge, who is not regularly assigned to this matter, to conduct the settlement conference.

2         Accordingly, IT IS HEREBY ORDERED that:

3         1.    **Within 15 days** of the date of this order, each party **SHALL return the attached**

4               **form** to inform the court in writing as to whether they wish to proceed with the

5               settlement conference before Magistrate Judge Thurston or if they wish to have a

6               randomly assigned Magistrate Judge to conduct the settlement conference.

7

8    IT IS SO ORDERED.

9    Dated:   **March 27, 2012**                        **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   RAYMOND MCGINNIS,                    1:11-cv-01337-LJO-JLT (PC)

10           Plaintiff,                  WAIVER OF DISQUALIFICATION

11       vs.

12   B. ATKINSON,

13           Defendant.

14   _____/

15           Under Local Rule 270(b) of the Eastern District of California, the parties to the

16   herein action affirmatively request that Magistrate Judge Jennifer L. Thurston preside over a

17   settlement conference in this case.  To the extent the parties consent to trial of the case in the

18   future before the assigned Magistrate Judge, they waive any claim of disqualification to the

19   assigned Magistrate Judge trying the case thereafter.

20

21   _____I request Magistrate Judge Thurston conduct the settlement conference

22   _____I request a randomly selected Magistrate Judge conduct the settlement conference

23

24   Dated:_____        _____
                                          Signature
25

26                                        _____