UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RAYMOND A. McGINNIS,

        Plaintiff,                   1:11-cv-01337-LJO-JLT (PC)

   v.

B. ATKINSON,                      **ORDER & WRIT OF HABEAS CORPUS**
                                            **AD TESTIFICANDUM**

        Defendants.
_____/

        Raymond McGinnis, inmate, CDCR# P-53244, a necessary and material witness in a settlement conference in this case on June 19, 2012, is confined in Kern Valley State Prison (KVSP), 3000 West Cecil Avenue, Delano, California 93216, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe at the U.S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #8, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge McAuliffe; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, KVSP, P. O. Box 3130, Delano, California, 93216:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge McAuliffe, at the time and place above, until completion of the settlement conference or as ordered by Judge McAuliffe; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

   IT IS SO ORDERED.

   Dated:   **June 1, 2012**             /s/ **Barbara A. McAuliffe**
                                                           UNITED STATES MAGISTRATE JUDGE